**GREGORY P. WONG (SBN: 204502)**
**SANDRA ACOSTA TELLO (SBN: 315616)**
**BARKHORDARIAN LAW FIRM, PLC**
6047 Bristol Parkway, Second Floor
Culver City, CA 90230
Telephone: (323) 450-2777
Email: Greg@barklawfirm.com
Email: Sandra@barklawfirm.com

Attorneys for Plaintiff
Mariana Ramirez

**SEYFARTH SHAW LLP**
Joshua A. Rodine (SBN 237774)
jrodine@seyfarth.com
Sofya Perelshteyn (SBN 320931)
sperelshteyn@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
WAYFAIR, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARIANA RAMIREZ, an Individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>WAYFAIR, LLC, a Delaware Limited Liability Corporation; and DOES 1 through 100, inclusive,<br><br>  Defendants. | CASE NO 5:21-cv-00588-JGB-KK<br><br>Assigned to Hon. Judge Jesus G. Bernal<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)**<br><br>Complaint Filed: February 17, 2021<br>Complaint Removed: April 1, 2021<br>Trial Date: November 15, 2022 |

**TO THE CLERK OF THIS COURT:**

Plaintiff Mariana Ramirez, and Defendant Wayfair, LLC, by and through their respective counsel of record, hereby submit this Joint Stipulation of Dismissal With Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Sandra Acosta Tello, certify that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 22, 2022

BARKHORDARIAN LAW FIRM, PLC

/s/ Gregory P. Wong
_____
Gregory P. Wong
Sandra Acosta Tello
Attorneys for Plaintiff
Mariana Ramirez

DATED: July 22, 2022

SEYFARTH, SHAW LLP

/s/ Sofya Perelshteyn
_____
Joshua Rodine
Sofya Perelshteyn
Attorneys for Defendant
Wayfair, LLC