# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARIANA RAMIREZ, an Individual,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>WAYFAIR, LLC, a Delaware Limited Liability Corporation; and DOES 1 through 100, inclusive,<br><br>　　　Defendants. | CASE NO 5:21-cv-00588-JGB-KK<br><br>Assigned to Hon. Judge Jesus G. Bernal<br><br>**PROPOSED ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)**<br><br>Complaint Filed: February 17, 2021<br>Complaint Removed: April 1, 2021<br>Trial Date: November 15, 2022 |

**[PROPOSED] ORDER**

In consideration of the Parties' Joint Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and for good cause shown, it is hereby ordered that the above-captioned lawsuit is DISMISSED IN ITS ENTIRETY WITH PREJUDICE. Each party to bear its own fees and costs.

**IT IS SO ORDERED**.

DATED: _____, 2022

_____
Honorable Jesus G. Bernal
UNITED STATES DISTRICT JUDGE