# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| MARIANA RAMIREZ, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>WAYFAIR, LLC, a Delaware Limited Liability Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO 5:21-cv-00588-JGB-KKx<br><br>Assigned to Hon. Judge Jesus G. Bernal<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)**<br><br>Complaint Filed: February 17, 2021<br>Complaint Removed: April 1, 2021<br>Trial Date: November 15, 2022 |

# ORDER

In consideration of the Parties' Joint Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and for good cause shown, it is hereby ordered that the above-captioned lawsuit is DISMISSED IN ITS ENTIRETY WITH PREJUDICE. Each party to bear its own fees and costs.

**IT IS SO ORDERED**.

DATED: July 26, 2022

Honorable Jesus G. Bernal
UNITED STATES DISTRICT JUDGE